UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
EXHIBIT LIST OF PLAINTIFF

**Case No.:** 3:19-cv-00138-HRH    **Judge:** H. RUSSEL HOLLAND

**Title:** RAYMOND JAMES TRUST, N.A.

**vs.** VONNA KAY HUSBY, ET AL.

**Dates of Hearing/Trial:** May 21, 2019

**Deputy Clerk/Recorder:** Jessica Solnick

**Official Reporter:** None Present

| Attorney for Plaintiff |
|---|
| Kevin M. Cuddy |
| Bryn Resser Pallesen |
| |

### EXHIBITS

| EX# | STIP AUTH[1] | STIP ADM[1] | ID[2] | AD[2] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | X | | February 1, 2019 Emails |
| 2 | | | X | | Affidavit for Personal Property |
| | | | | | |

---

[1] See Local Civil Rule 39.3 (b)(1)(ii) regarding stipulations as to authenticity and admissibility of exhibits.
[2] These columns are for clerk's use only